433 A.2d 554

In the Interest of Vosburg.

Appeal of Vosburg.

Appeal of Lackawanna County Children and Youth Services.

594

Argued September 10, 1980. Charles J. Aliano, for Vosburg, appellants (at No. 790) and for Vosburg, participating party (at No. 1212); John C. Mascelli, for O'Donnell, participating party; George Houck, for Lackawanna, participating party (at No. 790) and for Lackawanna, appellant (at No. 1212); Brian Cali, for Cathy Vosburg, participating party.

Before WICKERSHAM, HOFFMAN and VAN der VOORT, JJ.

These cases are remanded for prompt supplementation of the records. We retain jurisdiction should either or both of the parties desire to pursue their appeal after the supplementation of the records. Our retention of jurisdiction will not impede a petition to discontinue the appeal should that be the parties' desire.